SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JESUS GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FLORENCE SFS, LLC; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 8:22-cv-01702-CJC-KESx**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: February 6, 2023<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Honorable Judge Cormac J. Carney |

   To Defendant FLORENCE SFS, LLC and the attorneys of record, if any: Please take notice that on February 6, 2023, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 411 West Fourth Street, Santa Ana, California, Plaintiff JESUS GARCIA will present Plaintiff's motion for default judgment against Defendant FLORENCE SFS, LLC. The Clerk has previously entered the default on said Defendant on December 27, 2022.

   At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant FLORENCE SFS, LLC is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of

1940; (2) Defendant FLORENCE SFS, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $2,717.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 10801 Norwalk Blvd., Santa Fe Springs, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant FLORENCE SFS, LLC on January 6, 2023 by first class United States Mail, postage prepaid.

Dated:  January 6, 2023          **SO. CAL. EQUAL ACCESS GROUP**

By:     /s/ Jason J. Kim_____
          Jason J. Kim, Esq.
          Attorneys for Plaintiff